1  IRELL & MANELLA LLP
   David Siegel (101355) (dsiegel@irell.com)
2  Daniel P. Lefler (151253) (dlefler@irell.com)
   Randall L. Jackson (244545) (rjackson@irell.com)
3  1800 Avenue of the Stars, Suite 900
   Los Angeles, CA 90067
4  Telephone:  (310) 277-1010
   Facsimile:  (310) 203-7199
5
   John C. Hueston (164921) (jhueston@irell.com)
6  Layn R. Phillips (103854) (lphillips@irell.com)
   840 Newport Center Drive, Suite 400
7  Newport Beach, California 92660-6324
   Telephone:  (949) 760-0991
8  Facsimile:  (949) 760-5200

9  WILMER CUTLER PICKERING HALE
   AND DORR LLP
10 William R. McLucas (*Pro Hac Vice*)
   Joseph K. Brenner (*Pro Hac Vice*)
11 1875 Pennsylvania Avenue, NW
   Washington, DC 20008
12 Telephone:  (202) 663-6000
   Facsimile:  (202) 663-6363

13 David C. Marcus (158704) (david.marcus@wilmerhale.com)
   350 South Grand Avenue, Suite 2100
14 Los Angeles, California 90071
   Telephone:  (213) 443-5300
15 Facsimile:  (213) 443-5400

16 Attorneys for Defendant
   Angelo Mozilo
17

18                   UNITED STATES DISTRICT COURT
19                   CENTRAL DISTRICT OF CALIFORNIA
20                          WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. CV 09-03994 JFW (MANx) |
| Plaintiff, | **ANGELO MOZILO'S NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT** |
| vs. | |
| ANGELO MOZILO; DAVID SAMBOL; AND ERIC SIERACKI, | Date:  October 19, 2009<br>Time:  1:30 p.m.<br>Ctrm:  16<br>Judge: Hon. John F. Walter |
| Defendants. | |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2106201

ANGELO MOZILO'S NOTICE
OF MOTION AND MOTION
TO DISMISS THE COMPLAINT

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, on October 19, 2009 at 1:30 p.m. or as soon thereafter as the matter may be heard, before the Honorable John F. Walter, United States District Judge, located at 312 North Spring Street, Courtroom 16, Los Angeles, California, 90012, defendant Angelo Mozilo ("Mr. Mozilo") will and hereby does move for an order dismissing all claims alleged in plaintiff's Complaint for Violations of the Federal Securities Laws ("Complaint") pursuant to Rules 12(b)(6), 9(b), and 8(a)(2) of the Federal Rules of Civil Procedure.

The grounds for this motion are that the Complaint does not state a claim on which relief can be granted and fails to plead facts with the particularity required by Rule 9(b).

This motion is made based on this Notice of Motion, the Memorandum of Points and Authorities in support thereof, the Joint Request for Judicial Notice, the Declaration of Daniel P. Lefler and exhibits thereto filed herewith, and all papers, pleadings, documents, arguments of counsel, and other materials presented before or during the hearing on this motion, and any other evidence and argument the Court may consider.  Mr. Mozilo also joins in and adopts to the extent applicable the grounds for dismissal asserted in motions to dismiss filed in this Court by defendants David Sambol and Eric Sieracki.

Pursuant to Local Rule 7-3, counsel for Mr. Mozilo conferred telephonically with counsel for plaintiff regarding this motion on July 9, 2009.  The parties were unable to reach agreement.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2106201

- 1 -

ANGELO MOZILO'S NOTICE
OF MOTION AND MOTION
TO DISMISS THE COMPLAINT

| | |
|---|---|
| Dated:  August 14, 2009 | IRELL & MANELLA LLP<br>David Siegel<br>Layn R. Phillips<br>Daniel P. Lefler<br>John C. Hueston<br>Randall L. Jackson<br><br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>William R. McLucas<br>Joseph K. Brenner<br>David C. Marcus<br><br>By:  /s/ David Siegel<br>　　　David Siegel<br>　　　Attorneys for Defendant<br>　　　Angelo Mozilo |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2106201

- 2 -

ANGELO MOZILO'S NOTICE
OF MOTION AND MOTION
TO DISMISS THE COMPLAINT