DAVID C. MARCUS (SBN 158704)
david.marcus@wilmerhale.com
CAROLINE E. KANE (SBN 259396)
caroline.kane@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

WILLIAM MCLUCAS (admitted *pro hac vice*)
william.mclucas@wilmerhale.com
JOSEPH K. BRENNER (admitted *pro hac vice*)
joseph.brenner@wilmerhale.com
1801 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Attorneys for Defendant
ANGELO MOZILO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ANGELO MOZILO, DAVID SAMBOL, AND ERIC SIERACKI,<br><br>　　　　Defendants. | Case No. CV09-03994 JFW-MAN<br><br>**APPLICATION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD**<br><br>Judge: Hon. John F. Walter<br>Mag. Judge: Hon. Margaret A. Nagle<br><br>Pretrial Conference: October 1, 2010<br>Trial Date: October 19, 2010 |

Pursuant to Local Rule 83-2.9.2.1 and upon written notice to counsel for all parties and Angelo Mozilo, Wilmer Cutler Pickering Hale and Dorr LLP and its attorneys William McLucas, Joseph K. Brenner, David C. Marcus, and Caroline E. Kane (collectively, "WilmerHale") hereby apply for an order granting leave to WilmerHale to withdraw as counsel for Mr. Mozilo and state as follows:

　　1.　　WHEREAS, the Securities and Exchange Commission ("SEC") filed the above-captioned action against Mr. Mozilo, David Sambol, and Eric Sieracki on June

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Los Angeles, California 90071

4, 2009.

2. WHEREAS, Mr. Mozilo has been represented by the law firm of Irell and Manella ("Irell") since the commencement of this action.

3. WHEREAS, WilmerHale and its attorneys William McLucas, Joseph K. Brenner, David C. Marcus, and Caroline E. Kane seek to withdraw as counsel of record for Mr. Mozilo.

4. WHEREAS, good cause exists to grant WilmerHale leave to withdraw because Irell will continue to represent Mr. Mozilo in the above-captioned case, the proposed withdrawal will not cause any delay, and there will be no prejudice to Mr. Mozilo as a result of WilmerHale's withdrawal. *See* Local Rule 83-2.9.2.4.

5. WHEREAS, WilmerHale provided written notice of its intent to withdraw as counsel of record in advance of this filing to Mr. Mozilo and counsel for all parties to the above-captioned action in accordance with Local Rule 83-2.9.2.1.

6. WHEREAS, Mr. Mozilo consents to WilmerHale's withdrawal.

NOW, THEREFORE WilmerHale, William McLucas, Joseph K. Brenner, David C. Marcus, and Caroline E. Kane hereby respectfully submit this Application for Leave to Withdraw and a [Proposed] Order filed herewith allowing WilmerHale to withdraw as counsel of record in the above-captioned litigation.

December 18, 2009

WILMER CUTLER PICKERING
HALE AND DORR LLP

By /s/ Caroline E. Kane
David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
Caroline E. Kane (SBN 259396)
caroline.kane@wilmerhale.com
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

William McLucas
william.mclucas@wilmerhale.com
Joseph K. Brenner
joseph.brenner@wilmerhale.com
1801 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Attorneys for Defendant
ANGELO MOZILO

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 350 S. Grand Avenue, Los Angeles, CA 90071. On December 18, 2009, I served the within document(s):

**APPLICATION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD AND [PROPOSED] ORDER**

I placed the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, CA addressed as set forth in the Service List below.

I personally caused to be hand delivered the document(s) listed above to the person(s) at the address(es) set forth in the Service List below.

 I electronically filed the document(s) listed above via the CM/ECF system.

I sent the document(s) listed above by email to the person(s) at the email address(es) set forth in the Service List below.

**John M. McCoy, III**
**Lynn M. Dean**
**Paris Ahkeem Wynn**
**Sam S. Puathasnanon**
**Spencer Evan Bendell**
Securities and Exchange Commission
5670 Wilshire Boulevard 11th Floor
Los Angeles , CA 90036
323-965-3998
Fax: 323-965-3908
Email: mccoyj@sec.gov
Email: deanl@sec.gov
Email: wynnp@sec.gov
Email: puathasnanons@sec.gov
Email: bendells@sec.gov
Attorneys for Plaintiff

**Daniel P. Lefler**
**David Siegel**
**Randall Louis Jackson**
Irell & Manella
1800 Avenue of the Stars, Ste 900
Los Angeles , CA 90067-4276
310-277-1010
Email: dlefler@irell.com
Email: dsiegel@irell.com
Email: rjackson@irell.com
Attorneys for Defendant Angelo Mozilo

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Los Angeles, California 90071

**James A. Meyers**
Orrick Herrington & Stucliffe LLP
Columbia Center
1152 15th Street NW
Washington , DC 20005-1706
202-339-8400
Fax: 202-339-8500
Email: jmeyers@orrick.com
Attorney for Defendant David Sambol

**Michael C. Tu**
Orrick Herrington & Sutcliffe LLP
777 South Figueroa Street Suite 3200
Los Angeles , CA 90017
213-629-2020
Fax: 213-612-2499
Email: mtu@orrick.com
Attorney for Defendant David Sambol

**Walter F. Brown , Jr**
**Randall S. Luskey**
Orrick Herrington & Sutcliffe LLP
405 Howard St
San Francisco , CA 94105-2669
415-773-5995
Fax: 415-773-5759
Email: wbrown@orrick.com
Email: rluskey@orrick.com
Attorneys for Defendant David Sambol

**David A. Priebe**
DLA Piper
2000 University Avenue
East Palo Alto, California 94303-2214
650-833-2056
Fax: 650-687-1226
Email: david.priebe@dla.com
Attorney for Defendant Eric Sieracki

Executed on December 18, 2009, at Los Angeles, California.

/s/ Caroline E. Kane
Caroline E. Kane