**DLA PIPER LLP (US)**
SHIRLI FABBRI WEISS (Bar No. 079225)
shirli.weiss@dlapiper.com
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: (619) 699-2700 | Fax: (619) 699-2701

NICOLAS MORGAN (Bar No. 166441)
nicolas.morgan@dlapiper.com
1999 Avenue of the Stars, Suite 400
Los Angeles, CA 90067-6022
Tel: (310) 595-3000 | Fax: (310) 595-3300

DAVID PRIEBE (Bar No. 148679)
david.priebe@dlapiper.com
JEFFREY B. COOPERSMITH (Bar No. 252819)
jeff.coopersmith@dlapiper.com
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel: (650) 833-2000 | Fax: (650) 833-2001

Attorneys for Defendant ERIC P. SIERACKI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>vs.<br><br>ANGELO MOZILO, DAVID SAMBOL, and ERIC SIERACKI,<br><br>*Defendants*. | Case No. CV 09-03994 JFW (MANx)<br><br>**DEPOSITION TESTIMONY RELIED UPON IN ERIC P. SIERACKI'S MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION: WITNESS JIM FURASH**<br><br>Date: August 30, 2010<br>Time: 1:30 p.m.<br>Judge: Hon. John F. Walter<br>Courtroom: Courtroom 16 Spring Street Courthouse |

1       Per the Court's Scheduling Order, Eric P. Sieracki, in support of his motion for summary judgment or summary adjudication, offers the following testimony (questions, objections and answers) from the deposition of Jim Furash:

68:21-68:25

    21 Q. And if you had had any concerns about the
    22 accuracy of the statements or concerns that there were
    23 any misleading statements in the financials, would you
    24 have marked "true without exception"?
    25 A. No.

      Respectfully submitted,

August 2, 2010                               DLA PIPER LLP (US)

                                                  By:   /s/ David Priebe
                                                          David Priebe
                                                          Attorneys for Defendant
                                                          ERIC SIERACKI