1  IRELL & MANELLA LLP
   David Siegel (101355) (dsiegel@irell.com)
2  Daniel P. Lefler (151253) (dlefler@irell.com)
   Randall L. Jackson (244545) (rjackson@irell.com)
3  1800 Avenue of the Stars, Suite 900
   Los Angeles, CA 90067
4  Telephone:  (310) 277-1010
   Facsimile:   (310) 203-7199
5

6  WILLIAMS & CONNOLLY LLP
   Brendan V. Sullivan, Jr. (*Pro Hac Vice*)
7  David D. Aufhauser (*Pro Hac Vice*)
   Tobin J. Romero (*Pro Hac Vice*)
8  725 Twelfth Street, N.W.
   Washington, D.C. 20005
9  Telephone:  (202) 434-5000
   Facsimile:  (202) 434-5029
10

11 Attorneys for Defendant
   Angelo Mozilo

12
                    UNITED STATES DISTRICT COURT
13
                  CENTRAL DISTRICT OF CALIFORNIA
14
                           WESTERN DIVISION
15

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | Case No. CV 09-03994 JFW (MANx) |
| Plaintiff, | **DEPOSITION TESTIMONY RELIED UPON IN ANGELO MOZILO'S MOTION FOR SUMMARY JUDGMENT OR ADJUDICATION: WITNESS ANGELO MOZILO** |
| vs. | |
| ANGELO MOZILO, DAVID SAMBOL, AND ERIC SIERACKI, | |
| Defendants. | Date: August 30, 2010<br>Time: 1:30 p.m.<br>Ctrm: 16<br>Judge: Hon. John F. Walter |
| | Pre-Trial Conf: October 1, 2010<br>Trial: October 19, 2010 |

Per the Court's Scheduling Order, Angelo Mozilo, in support of his motion for summary judgment or summary adjudication, offers the following testimony (questions, objections and answers) from the deposition of Angelo Mozilo:

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2281089

SEPARATE DOCUMENT FOR WITNESS
(SCHEDULING ORDER): ANGELO MOZILO
Case No. CV 09-03994 JFW (MANx)

1

2    Page 28, line 23 through Page 29, line 9.

3    Q. Can you tell us what the reason was for entering into this Sales Plan?

4    A. The October Sales Plan?

5    Q. This -- this particular Sales Plan.

6    A. To give a perspective to this, my sales plans started in 2002. The purpose
7 of the sales plans was to diversify all of my -- virtually all of my assets were in
8 Countrywide. I was advised by a financial advisor hired by the company, because
9 of my age, that I should begin to diversify, and I started that process in 2002. This
10 was a continuum of that process.

11

12   Page 36, line 23 through Page 37, line 16.

13   Q. And at the time, in 2002, when you entered into your first trading plan,
14 was it your goal to periodically sell Countrywide Financial stock until the time that
15 you were retiring?

16   A. The -- again, let me try to tell you the environment we were in. In 2002, I
17 can only tell you what was on my mind then, and that was that I
18       20  had a financial advisor that informed me of two things. One is that
19 almost all of my assets -- close to 70 years old -- was in -- approaching 70 years old
20 -- was in Countrywide and that I should diversify.

21   And we came up with a -- I had two options. And I chose the 10b5-1
22 because, as I said, it fit my need. Plus, I put in a floor that it would not sell below.
23 And it was, I would say, somewhat ad hoc in that we said okay, we'll do this now.
24 That was my thought. Because I was running a company, I had very little time to
25 think about this. I left that up to him, to John. John would continue to encourage
26 me to continue to diversify, particularly as I received more options each year.

27   And so I don't know when we came up with the idea of look, I want to
28 maintain a very large position in the company and had this, what I call, with the

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

SEPARATE DOCUMENT FOR WITNESS
(SCHEDULING ORDER): ANGELO MOZILO
Case No. CV 09-03994 JFW (MANx)

2281089                                      - 2 -

1 SEC, a bogey, but -- whatever -- that I wanted the company to -- I wanted the family
2 to maintain a large position in the company, which we did.

3

4 <u>Page 36, line 23 through Page 37, line 16.</u>
5    Q. Do you recall the reason why you did not provide -- follow his advice?
6    A. Yes. First of all, I had firm conviction that the stock would continue to do
7 well, but more importantly was that I wanted to demonstrate to the shareholders my
8 confidence in the stock and my willingness to not sell below that price.

9

10 Dated: August 2, 2010           IRELL & MANELLA, LLP
11                                WILLIAMS & CONNOLLY LLP

                               By: /s/ Randall L. Jackson
                                  Randall L. Jackson
                                  Attorneys for Defandant
                                  Angelo Mozilo

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2281089

- 3 -

SEPARATE DOCUMENT FOR WITNESS
(SCHEDULING ORDER): ANGELO MOZILO
Case No. CV 09-03994 JFW (MANx)