JOHN M. McCOY, III, Cal. Bar No. 166244
Email: mccoyj@sec.gov
SPENCER E. BENDELL, Cal. Bar No. 181220
Email: bendells@sec.gov
LYNN M. DEAN, Cal. Bar No. 205562
Email: deanl@sec.gov
SAM S. PUATHASNANON, Cal. Bar No. 198430
Email: puathasnanons@sec.gov
PARIS A. WYNN, Cal. Bar No. 224418
Email: wynnp@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Rosalind R. Tyson, Regional Director
Michele Wein Layne, Associate Regional Director
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ANGELO MOZILO, DAVID SAMBOL, AND ERIC SIERACKI,<br><br>Defendants. | Case No. CV 09-3994 JFW (MANx)<br><br>**INVESTIGATIVE TESTIMONY RELIED UPON IN PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT: WITNESS STANFORD KURLAND**<br><br>Date: August 30, 2010<br>Time: 1:30 p.m.<br>Place: Courtroom 16<br>(Hon. John F. Walter) |

Per the Court's Amended Scheduling Order, Plaintiff Securities and Exchange Commission ("the Commission"), in opposition to the Defendants' motions for summary judgment or summary adjudication, offers the following investigative testimony of Stanford Kurland taken by the Commission on October 20, 2008.

Page:  320:21-321:25

320

21     Q   Mr. Kurland, have you had an opportunity to
22   review Exhibit 88?
23     A   Yes.
24     Q   Do you recall receiving the February 9, 2006
25   Email from Mr. McMurray to yourself, that is the second

321

1   Email in this particular Email chain?
2     A   Um, I don't recall it.
3     Q   Do you have any reason to believe you didn't
4   receive it?
5     A   No reason.
6     Q   The "re" line on Mr. Murray's Email is,
7   "Resistance to 80/20 Changes."
8       And it -- it, in turn, forwards another Email
9   that Mr. McMurray wrote on February 1st, 2006, to several
10   individuals, including Brian Kuelbs, Charles M. Lee and
11   Steven Trentacosta.
12       Do you recall having a discussion with Mr. --
13   having any communication with Mr. McMurray in, or around,
14   the February 2006 time period regarding Countrywide's

1

15   **Subprime Seconds program?**

16       A   Um, I remember having dialogue and I can't be

17   specific to the date, but I -- I had many opportunities

18   to discuss Subprime Seconds with John McMurray.

Dated: August 16, 2010              Respectfully submitted,

/s/ Lynn M. Dean
John M. McCoy III
Lynn M. Dean
Attorneys for Plaintiff
Securities and Exchange Commission

2