JOHN M. McCOY III, Cal. Bar No. 166244
Email:  mccoyj@sec.gov
SPENCER E. BENDELL, Cal. Bar No. 181220
Email:  bendells@sec.gov
LYNN M. DEAN, Cal. Bar No. 205562
Email:  deanl@sec.gov
SAM S. PUATHASNANON, Cal. Bar No. 198430
Email:  puathasnanons@sec.gov
PARIS A. WYNN, Cal. Bar No. 224418
Email:  wynnp@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Rosalind R. Tyson, Regional Director
Michele Wein Layne, Associate Regional Director
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone:  (323) 965-3998
Facsimile:   (323) 965-3908

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ANGELO MOZILO, DAVID SAMBOL, AND ERIC SIERACKI,<br><br>　　　　Defendants. | Case No. CV 09-3994 JFW (MANx)<br><br>**DECLARATION OF SPENCER E. BENDELL IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR ADJUDICATION**<br><br>Date:　　August 30, 2010<br>Time:　　1:30 p.m.<br>Place:　　Courtroom 16<br>　　　　(Hon. John F. Walter) |

**DECLARATION OF SPENCER E. BENDELL**

I, Spencer E. Bendell, hereby declare, pursuant to 28 U.S.C. § 1746:

1. I am an active member of the bar in the State of California and a member of the bar of the United States District Court for the Central District of California. I am employed as a Senior Trial Counsel in the Los Angeles Regional Office of the U.S. Securities and Exchange Commission ("Commission"), and am counsel of record for the Commission in this case.

2. Except to the extent otherwise indicated, I have personal knowledge of the facts set forth in this Declaration.

3. The parties in this case have stipulated to the authenticity of certain categories of documents, including but not limited to, all document in good form originally produced in this action by the Commission, the defendants or by Countrywide Financial Corporation or other third parties. Attached to the Declaration of Lynn M. Dean ("Dean Declaration"), which is concurrently filed herewith, as **Exhibit 1** is a true and correct copy of the letter, dated June 4, 2010 from Adam Fletcher to John M. McCoy, III, Lynn Dean and Spencer Bendell, memorializing the parties' agreement. All subsequently described documents, except as specifically indicated below, are subject to the agreement regarding authenticity.

4. Attached hereto as **Exhibit 296** is a true and correct copy of excerpts from the deposition of Susan E. Bow taken on July 16, 2010.

5. Attached hereto as **Exhibit 297** is a true and correct copy of an email from Angelo Mozilo to Dave Sambol, carbon copied to Stan Kurland and Carlos Garcia, dated August 2, 2005, with the subject line "Re: FW: Bank Assets," which was marked as Exhibit 840 to the Stanford Kurland testimony ("Kurland Testimony) taken on October 1, 2008.

6. Attached hereto as **Exhibit 298** is a true and correct copy of an email from Don White to Clifford Rossi, Gregor Macdonald, Raymond Hawkins, and

1  John McMurray, dated May 1, 2006, with the subject line "Use of new ALLL
2  models despite limitations," which was marked as Exhibit 28 to the deposition of
3  Clifford Rossi taken February 23, 2010.

4      7.    Attached hereto as **Exhibit 299** is a true and correct copy of a Morgan
5  Stanley report entitled, "Countrywide Financial: Market Misprices Risk; Upgrade
6  to Overweight" dated May 10, 2006 which bears the Bates number
7  CFC2007766615 through CFC2007766661.

8      8.    Attached hereto as **Exhibit 300** is a true and correct copy of the
9  Expert Report of Alan Hess, Ph.D., dated June 21, 2010, including Attachment VI-
10 B to that report.

11     9.    Attached hereto as **Exhibit 301** is a true and correct copy of the
12 Expert Report of Professor Michael LaCour-Little, dated June 21, 2010, marked as
13 Exhibit 1750 to the deposition of Michael LaCour-Little.

14     10.    Attached hereto as **Exhibit 302** is a true and correct copy of selected
15 pages from the Prospectus Supplement to Prospectus dated November 14, 2006,
16 filed with the Commission on April 3, 2007, for CWMBS, Inc., CHL Mortgage
17 Pass-Through Trust 2007-HYB2, and currently available on the Commission's
18 EDGAR website.

19     11.    Attached hereto as **Exhibit 303** is a true and correct copy of an email
20 from John McMurray to Christian Ingerslev dated March 7, 2005, with the subject
21 line , "Re: won't likely answer the bell tomorrow either," marked as Exhibit 203 to
22 the deposition of Jens Christian Ingerslev.

23     12.    Attached hereto as **Exhibit 304 i**s a true and correct copy of an email
24 from Angelo Mozilo to Steve Bailey with the subject line, "Re: Fw: PayOption
25 ARM Key Statistics Flash Report – June 2007,"  marked as Exhibit 704 to the
26 deposition of Jens Christian Ingerslev.

27     13.    Attached hereto as **Exhibit 305** is a true and correct copy of an email
28 from Dave Walker to Mike Muir, Jim Furash, Carlos Garcia and carbon copied to

1  Don White with the subject line "Fw: Update on OCC ALLL Exam", marked as
2  Exhibit 1551 to the deposition of David Walker.

3      14.    Attached hereto as **Exhibit 306** is a true and correct copy of an email
4  from Stephen Lange to Clifford Rossi and carbon copied to Alex Stricker, Gregor
5  Macdonald, John Kelly, John McMurray, and Mary Lou Kniss dated January 26,
6  2007 with the subject line "Re: Fw: FT CLUES", marked as Exhibit 27 to the
7  deposition of Clifford Rossi.

8      15.    Attached hereto as **Exhibit 307** is a true and correct copy of
9  Countrywide Financial Corporations' Product Leadership – Countrywide
10 Technical Manual, dated August 27, 2007, marked as Exhibit 392 to the deposition
11 of Jack Shackett.

12     16.    Attached hereto as **Exhibit 308** is a true and correct copy of an email
13 from John McMurray to Nick Krsnich, dated 4/28/05 with the subject line "Fw:
14 McMahon", bearing Bates numbers JPM000362 – JPM000365

15     17.    Attached hereto as **Exhibit 309** is a true and correct copy of an email
16 from John Mulligan to Stephen Lange and carbon copied to Clifford Rossi, Gregor
17 Macdonald, Stephen Lange, Terry Kung and Ying Li dated October 13, 2006 with
18 the subject line "Re: Re {2}: Payment Shock multipliers," marked as Exhibit 19 to
19 the deposition of Mark Elbaum.

20     18.    Attached hereto as **Exhibit 310** is a true and correct copy of David
21 Sambol's Response to the Commission's Request for Admission No. 40 served on
22 the Commission on June 23, 2010.

23     19.    Attached hereto as **Exhibit 311** is a true and correct copy of Eric
24 Sieracki's Responses to Commission's Request for Admissions Nos. 40, 58, 65,
25 68, served on the Commission on June 28, 2010.

26     20.    Attached hereto as **Exhibit 312** is a true and correct copy of Angelo
27 Mozilo's Response to the Commission's Request for Admissions No. 40, served on
28 the Commission on June 23, 2010.

21. **Exhibit 313** is intentionally omitted.

22. Attached hereto as **Exhibit 314** is a true and correct copy of the transcript of Countrywide Financial Company's April 26, 2005 Earnings Call regarding Q2 earnings.

23. Attached hereto as **Exhibit 315** is a true and correct copy of the transcript of Countrywide Financial Company's April 27, 2006 conference call regarding Q1 2006 earnings marked as Exhibit 524 to the deposition of Christopher Brendler.

24. Attached hereto as **Exhibit 316** is a true and correct copy of the transcript of Countrywide Financial Company's January 31, 2006 conference call regarding Q4 2005 earnings marked as Exhibit 523 to the deposition of Christopher Brendler.

25. Attached hereto as **Exhibit 317** is a true and correct copy of an email from Angelo Mozilo to Anne McCallion and carbon copied to Dave Sambol and Eric Sieracki dated February 9, 2007, with a subject line, "Re: Earnings Call Asset Growth Question – ideas for response", marked as Exhibit 19 to the investigative testimony of Anne McCallion taken by the Commission on May 21, 2008.

26. Attached hereto as **Exhibit 318** is a true and correct copy of an email from John McMurray to Jie Ling and carbon copied to Erika Joseph and Greg Hendry dated January 25, 2007 with a subject line "MD&A Credit Risk", marked as Exhibit 245 to the investigative testimony of John McMurray taken by the Commission on August 6, 2008.

27. Attached hereto as **Exhibit 319** are true and correct copies of Certifications of Countrywide Financial Corporation's first quarter 2006 report each executed by Angelo Mozilo and Eric Sieracki on May 8, 2006.

28. Attached hereto as **Exhibit 320** are true and correct copies of Certifications of Countrywide Financial Corporation's third quarter 2006 report each executed by Angelo Mozilo and Eric Sieracki on November 6, 2006.

29. Attached hereto as **Exhibit 321** are true and correct copies of Certifications of Countrywide Financial Corporation's first quarter 2007 report each executed by Angelo Mozilo and Eric Sieracki on May 9, 2007.

30. Attached hereto as **Exhibit 322** are true and correct copies of Certifications of Countrywide Financial Corporation's third quarter 2007 report each executed by Angelo Mozilo and Eric Sieracki on November 9, 2007.

31. Attached hereto as **Exhibit 323** is a true and correct copy of a Certification of Countrywide Financial Corporation's annual report for fiscal year 2007 executed by Angelo Mozilo on February 28, 2008.

32. **Exhibit 324** intentionally omitted.

33. Attached hereto as **Exhibit 325** is a true and correct of the transcript of Countrywide Financial Company's July 26, 2005 earnings conference call regarding Q2 2005 earnings, bearing Bates numbers CFC2007E29988 through CFC2007E830032.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 16th day of August, 2010, at Los Angeles, California.

/s/ Spencer E. Bendell
Spencer E. Bendell